10

United States District Court
Southern District of Texas
ENTERED

JUN 0 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-00-19 |
| NOEL CLIFTON WILEY, | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on May 25, 2000, the Court considered all pending motions in this case.

1. Plaintiff's motion for *pro hac vice* (Dkt. No. 2) is GRANTED.
2. Plaintiff's motion for leave to amend complaint (Dkt. No. 6) is GRANTED.

DONE at Brownsville, Texas, this 25th day of May 2000.

Hilda G. Tagle
United States District Judge