United States District Court
Southern District of Texas
ENTERED

JUL 1 9 2000   12

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

USA
versus
Noel Clifton Wiley

§
§
§     CIVIL ACTION B- 00-19
§
§
§

Scheduling Order

1. Trial: Estimated time to try: __1__ days.          ☒ Bench    ☐ Jury

2. New parties must be joined by:                                  6/10/00

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   7/1/00

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                                 8/1/00

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.

************************     The court will provide these dates.    ************************

6. Dispositive Motions will be filed by:                           8/25/00

7. Joint pretrial order is due:                                   10/19/00

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   11/2/00

9. Jury Selection is set for 9:00 a.m. on:                         ———

The case will remain on standby until tried.

   Signed __July 13__, 2000, at Brownsville, Texas.

                                          Hilda Tagle
                                          ─────────────────
                                          Hilda G. Tagle
                                          United States District Judge

*Counsel, please sign on the back.*