# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**

**OCT 1 9 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| NOEL CLIFTON WILEY, | ) | |
| | ) | |
| Defendant. | ) | |
| ---------------------------------------------------------------) | | CIVIL ACTION No. B-00-019 |
| | ) | |
| NOEL CLIFTON WILEY, | ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Counter-Defendant. | ) | |

## ORDER OF COMPROMISE & SETTLEMENT

NOW COMING before this Court upon the parties Joint Motion for Compromise and Settlement and fully advised of the premises hereby finds that:

1.      On October 31, 1988, Noel Clifton Wiley was convicted for "Conspiracy to Possess with Intent to Distribute More Than 100 kilograms of Marihuana" in violation of 21 U.S.C. §§ 841 (a)(1) & 841 (b)(1)(B) and 21 U.S.C. §846. United States v. Wiley, H-87-00299-01;

2.      On July 19, 1995,  Noel Clifton Wiley was convicted for "Possession with Intent to Distribute, a Quantity Exceeding 100 kilograms, that is Approximately 216.3 kilograms of Marihuana" in violation of 21 U.S.C. 841 §§ 841 (a)(1) & 841 (b)(1)(B) and 18 U.S.C. §2. United States v. Wiley, 1:95CR00026-001;

3.      On January 17, 1997, the Federal Aviation Administration (FAA) served Mr. Clifton Noel Wiley with a Notice of Proposed Certificate Action wherein the FAA proposed the revocation of  Mr. Wiley's Airman Certificate, Number 462460501, pursuant to 49 U.S.C. §44709;

ClibPDF - www.fastio.com

4.    On March 10, 1997, the FAA revoked Mr. Noel Clifton Wiley's Airman Certificate, Number 462460501, pursuant to 14 C.F.R. §61.15, Offenses involving alcohol or drugs, as authorized by 49 U.S.C. §§40113 & 44709;

5.    On March 12, 1997, the FAA served Mr. Wiley with the Order of Revocation;

6.    The Order of Revocation became effective on April 14, 1997;

7.    Noel Clifton Wiley did not appeal the Order of Revocation;

8.    Noel Clifton Wiley is required pursuant to 14 C.F.R. §61.19 (g) to surrender to the FAA his Airman Certificate, Number 462460501;

9.    Noel Clifton Wiley becomes eligible to apply for an Airman Certificate after one (1) year from the date he surrenders his Airman Certificate, Number 462460501, to the FAA.

10.    Mr. Wiley does not have possession of his Airman's Certificate and does not know the whereabouts of such certificate any longer; and

11.    The United States, Plaintiff herein, and Noel Clifton Wiley, Defendant herein, stipulate to these findings.

ACCORDINGLY THIS COURT ORDERS AS FOLLOWS:

A.    Noel Clifton Wiley, Defendant herein,  is required to sign and notarize two Affidavits of Loss of Certificate prepared by the Federal Aviation Administration;

B.    Noel Clifton Wiley, Defendant herein, is to present to this Court one signed and notarized Affidavit of Loss of Certificate at the time of entry of this Order. This first Affidavit of Loss of Certificate is attached herein and incorporated and made part of this Order;

C.    Noel Clifton Wiley, Defendant herein, is to present to the United States, Plaintiff herein, before this Court the second signed and notarized Affidavit of Loss of Certificate at the time of entry of this Order;

D.      Noel Clifton Wiley, Defendant herein, becomes eligible to apply for an Airman Certificate after the expiration of one (1) year from the date he delivers both signed and notarized Affidavits of Loss of Certificate as required by this Order;

E.      As the law may require, the United States Attorney's Office for the Southern District of Texas shall comply with the Federal Aviation Administration's regulations and policies regarding the Defendant's application, as allowed by this Order, for an Airman Certificate;

F.      Upon full compliance with this Order, the cause of action against Noel Clifton Wiley, Defendant herein, will be dismissed with prejudice; and

G.      This Court retains jurisdiction over the parties, this cause of action, and the Order of Compromise and Consent.

_____
NOEL CLIFTON WILEY

DATE: _10 - 2 - 00_____

_____
JANICE A. CASSIDY, ESQ.

DATE: _10/2/00_____

UNITED STATES OF AMERICA

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

BY: _____
     JOSE VELA, JR.

DATE: _29 Sep 00_____

DONE this ___19th___ day of ___October_____, 2000 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

STATE OF TEXAS

COUNTY OF _Cameron_

## AFFIDAVIT OF LOSS OF CERTIFICATE

I, NOEL CLIFTON WILEY, being first duly sworn, deposes and says:

1.      On March 10, 1997, the only airman certificate held by me was Airman Certificate No. 462460501 with Private Pilot privileges.

2.      By Order of Revocation dated March 10, 1997, my Airman Certificate No. 462460501 with Private Pilot privileges was revoked effective on April 14, 1997.

3.      I have made a thorough search of the places where my airman certificate could or might be found. Notwithstanding such search, I have not been able to find such certificate. I do not know where such certificate presently is nor where it may be found; I believe it to be lost.

4.      For the above reasons, I am unable to surrender my Airman Certificate No. 462460501; however, if and when such certificate is found while revoked, I will surrender it to the Federal Aviation Administration.

_____
NOEL CLIFTON WILEY
SSN 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

Sworn to and subscribed before me this __2__ day of __October__, 2000.

_____
Notary Public

JOEL P. SMITH
Notary Public, State of Texas
My Commission Expires 03-26-04

My Commission expires on:

__3/26/04__

EXhibit 5