16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. B-00-19 |
| NOEL CLIFTON WILEY, | § § | |
| Defendant. | § | |
| NOEL CLIFTON WILEY, | § § | |
| Counter-Plaintiff, | § § | |
| v. | § § | |
| UNITED STATES OF AMERICA, | § § | |
| Counter-Defendant. | § | |

## Final Order of Dismissal

BE IT REMEMBERED that on November 9, 2000, the Court considered the Counter-Plaintiff's Motion for Voluntary Dismissal [Dkt. No. 15].

1.  The Court, having been advised by counsel that a settlement has been reached, dismisses the counterclaim with prejudice. All Parties shall bear their own costs.

2. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 9th day of November 2000.

_____
Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com